B6F (Official Form 6F) (12/07)

FILED

In re   **Christopher Arthur Carls,**
         **Rochelle Molano Carls**
                                                                    Case No. __**10-18402**__

2010 AUG -5 P 1: 28
         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

CLERK
US BANKRUPTCY COURT

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxxx-x1000<br><br>American Express Blue Sky<br>Box 0001<br>Los Angeles, CA 90096-8000 | | C | Credit card purchases | | | | 14,114.19 |
| Account No. xxxxx38-01<br><br>Arizona Pima Chemical<br>3253 E. 36th Street<br>Tucson, AZ 85713 | | C | Pool Service | | | | 130.00 |
| Account No. xxxx-xxxx-xxxx-9275<br><br>Banana Republic/GEMB<br>PO Box 960017<br>Orlando, FL 32896-0017 | | C | Credit card purchases | | | | 5,377.93 |
| Account No. xxxx-xxxx-xxxx-5812<br><br>Chase Bank<br>PO Box 94014<br>Palatine, IL 60094-4014 | | C | Credit card purchases | | | | 4,827.97 |

__3__ continuation sheets attached

Subtotal
(Total of this page)       24,450.09

08/05/2010

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher Arthur Carls,** Case No. **10-18402**
**Rochelle Molano Carls**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-9676 <br><br> Chase Bank <br> PO Box 94014 <br> Palatine, IL 60094-4014 | | C | Credit card purchases | | | | 5,463.46 |
| Account No. xxxx-xxxx-xxxx-2279 <br><br> Chase Bank <br> PO Box 94014 <br> Palatine, IL 60094-4014 | | C | Credit card purchases | | | | 8,346.93 |
| Account No. xxxx-xxxx-xxxx-8647 <br><br> Chase Bank <br> PO Box 94014 <br> Palatine, IL 60094-4014 | | C | Credit card purchases | | | | 11,635.49 |
| Account No. xxxx-xxxx-xxxx-0589 <br><br> Citi Gold Mastercard <br> PO Box 183051 <br> Columbus, OH 43218-3051 | | C | Credit card purchases | | | | 18,488.91 |
| Account No. xxxx-xxxx-xxxx-1954 <br><br> Citi Gold Mastercard <br> PO Box 183051 <br> Columbus, OH 43218-3051 | | C | Credit card purchases | | | | 16,921.80 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **60,856.59**

08/05/2010

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christopher Arthur Carls,**  Case No. **10-18402**
       **Rochelle Molano Carls**
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6135 Gap/GEMB PO Box 530942 Atlanta, GA 30353-0942 | | C | Credit card purchases | | | | 400.00 |
| Account No. xxxxxxx7841 JC Penney PO Box 981131 El Paso, TX 79998-1131 | | C | Credit card purchases | | | | 672.97 |
| Account No. Macy's PO Box 689195 Des Moines, IA 50368-9195 | | C | Credit Card Purchases | | | | 114.78 |
| Account No. xxxxxxxxxxxx2274 Pottery Barn PO Box 659705 San Antonio, TX 78265-9705 | | C | Credit card purchases | | | | 286.74 |
| Account No. xxxxxxx4513 Walgreens Specialty Pharmacy 15358 Collect Ctr Dr. Chicago, IL 60693 | | C | Medical Bills | | | | 200.01 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,674.50**

08/05/2010

In re **Christopher Arthur Carls,**
**Rochelle Molano Carls**
                                                                Debtors,

Case No. **10-18402**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx4128  Walgreens Specialty Pharmacy  15358 Collect Ctr Dr.  Chicago, IL 60693 | | C | Medical Bills | | | | 120.00 |
| Account No. xxxx-xxxx-xxxx-0713  Wells Fargo Visa  PO Box 30086  Los Angeles, CA 90030-0086 | | C | Credit card purchases | | | | 13,098.91 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,218.91**

Total (Report on Summary of Schedules) **100,200.09**

08/05/2010